# UNITED STATES BANKRUPTCY COURT

In Re:    HARDY, GREGORY               Case No.  13-14495
         **Debtor**                                (if known)

                                        Chapter       7

## APPLICATION TO PAY FILING FEE IN INSTALLMENTS

1. In accordance with Fed. R. Bankr. P. 1006, I apply for permission to pay the filing fee amounting to $ 306.00 in installments.

2. I am unable to pay the filing fee except in installments.

3. Until the filing fee is paid in full, I will not make any additional payment or transfer any additional property to an attorney or any other person for services in connection with this case.

4. I propose the following terms for the payment of the Filing Fee.*

   $ 76.50          Check one    ☒ With the filing of the petition, or
                                 ☐ On or before

   $ 76.50          on or before  04/19/2013

   $ 76.50          on or before  05/03/2013

   $ 76.50          on or before  05/17/2013

**FILED**
UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
APR 0 8 2013
KENNETH S. GARDNER, CLERK
PS REP. - CM

* The number of installments proposed shall not exceed four (4), and the final installment shall be payable not later than 120 days after filing the petition. For cause shown, the court may extend the time of any installment, provided the last installment is paid not later than 180 days after filing the petition. Fed. R. Bankr. P. 1006(b)(2).

5. I understand that if I fail to pay any installment when due my bankruptcy case may be dismissed and I may not receive a discharge of my debts.

_____    04/04/2013          /s/ signature          04/04/2013
**Signature of Attorney**      Date              **Signature of Debtor**   Date

                                                                          04/04/2013
_____                        _____
**Name of Attorney**                             **Signature of Joint Debtor**   Date

# UNITED STATES BANKRUPTCY COURT

In Re:     HARDY, GREGORY     Case No.   13 - 14495
                     Debtor                                                  (if known)

                                                                          Chapter           7

## ORDER APPROVING PAYMENT OF FILING FEE IN INSTALLMENTS

[☑] IT IS ORDERED that the debtor(s) may pay the filing fee in installments on the terms proposed in the foregoing application.

[ ] IT IS ORDERED that the debtor(s) shall pay the filing fee according to the following terms:

$ _____    Check one   [ ] With the filing of the petition, or
                                             [ ] On or before

$ _____    on or before _____

$ _____    on or before _____

$ _____    on or before _____

[ ] IT IS FURTHER ORDERED that until the filing fee is paid in full the debtor(s) shall not make any additional payment or transfer any additional property to an attorney or any other person for services in connection with this case.

BY THE COURT

Date: 4/8/13

**KENNETH S. GARDNER**
**Clerk, U.S. Bankruptcy Court**

*United States Bankruptcy Judge*